835

**24th JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON**

**STATE OF LOUISIANA**

DOCKET NO.: 814-473         DIVISION: "E"

**LILLIAN HENDERSON and WOODROW HENDERSON**

**VERSUS**

**LOWE'S HOME CENTERS, L.L.C.**

FILED: _____           _____
                                             DEPUTY CLERK

### PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come petitioners, Lillian Henderson and Woodrow Henderson, person of the full age and majority and resident of the State of Louisiana, Parish of Jefferson, and for the purpose of filing this Original Petition for Damages, allege as follows:

1.

Made defendant herein is:

A. Lowe's Home Centers, L.L.C., is a multi-location limited liability company domiciliary of Mooresville, State of North Carolina and authorized to do and doing business in the State of Louisiana. Lowe's Home Centers, L.LC. is a foreign self-insured insurer authorized to do and doing business in the State of Louisiana.

2.

Venue is proper pursuant to LSA-C.C. Art. 74 in Jefferson Parish because the tortious conduct alleged herein occurred in and the damages alleged herein were sustained in Jefferson Parish.

3.

On or about September 6, 2020, plaintiff was at Lowe's Home Center, store number 2975, located in Marrero, Louisiana. Plaintiff, Lillian Henderson and her husband, Woodrow Henderson, were looking at the ceiling fan display. Mrs. Henderson took a step backward, hit a flatbed cart left in the aisle, lost her balance, and fell. The fall resulted in a fractured pelvis, contusions, intracranial bleeding, concussion and posttraumatic headache.



02/03/2021 09:33:16 CERTIFIED TRUE COPY - Pg:1 of 5 - Jefferson Parish Clerk of Court - ID:2115671



EXHIBIT 1

4.

As a result of the negligence of the defendant, Lowe's Home Centers, L.L.C., the aforementioned accident occurred.

5.

As a result of the fall, plaintiff received severe, traumatic, permanent and disabling injuries, including, but not limited to the following: Plaintiff, Lillian Henderson suffered a fractured pelvis, contusions, intracranial bleeding, concussion and posttraumatic headache, including without limitation, injuries to her nervous system and psyche; the aggravation, precipitation and/or exacerbation or prior existing non-debilitating predispositions, and including without limitation, normal degenerative changes. Also, plaintiff suffered severe physical pain and suffering as well as keen mental and emotional anguish and distress; plaintiffs has incurred expenses for medical care, which they otherwise would not have incurred.

6.

Plaintiff's husband, Woodrow Henderson, has experienced damage to his relationship with his wife, thereby entitling him to his own independent claims for loss of consortium and for the damages sustained as a consequence of the negligence and fault of defendants herein, including but not limited to, the loss of love, support, companionship, comfort, and services.

7.

At all material times, defendant, Lowe's Home Centers, L.L.C., had in full force and effect a policy of general liability self-insurance insuring them for all claims asserted herein.

8.

Plaintiffs aver that the above described casualty was the result of the negligence of the defendant, Lowe's Home Centers, L.L.C., in the following non-exclusive particulars:

a. Placing or leaving a cart in the aisle that they knew or should have known would create an unreasonable risk;

b. Creation of and/or failure to recognize a hazard in their aisles, passageways, or premises;

c. Failure to have proper procedures for the use, placement, and recovery of their carts;

d. Failure to have proper procedures for the maintenance and inspection of their aisles or passageways;

e. Failure to properly train employees;



02/03/2021 09:33:16 CERTIFIED TRUE COPY - Pg:2 of 5 - Jefferson Parish Clerk of Court - ID:2115671

f. Failure to clear aisles or passageways of hazards;

g. Failure to exercise reasonable care to keep their aisles, passageways, and floors in a reasonably safe condition;

h. All other acts of negligence which will be proven at the trial of this matter.

9.

Plaintiffs, Lillian Henderson and Woodrow Henderson, avers that all defendant herein identified and any parties not identified whose acts or omissions were the proximate cause or cause in fact of the alleged accident, are all liable jointly and *in solido*.

10.

As a direct and proximate result of the negligence of the defendant, plaintiffs, Lillian Henderson and Woodrow Henderson, have suffered expenses, including but not limited to past, present and future medical bills; past, present and future pain and suffering; mental anguish and distress; lost wages; as well as other general and special damages, and is entitled to such damages as are reasonable in the premises.

WHEREFORE, plaintiffs, Lillian Henderson and Woodrow Henderson, pray that, after due proceedings are had, there be judgment rendered in their favor and against the defendant, Lowe's Home Centers, L.L.C., in an amount that is reasonable in the premises together with legal interest thereon from the date of judicial demand until paid and for all costs of these proceedings.

Respectfully submitted:

Jarrett S. Falcon, #34539
Email: jarrett@falconlaw.com
Timothy J. Falcon, #16909
Email: tim@falconlaw.com
Jeremiah A. Sprague, #24885
Email: jerry@falconlaw.com
FALCON LAW FIRM, PLC
5044 Lapalco Boulevard
Marrero, Louisiana 70072
Telephone: (504) 341-1234
Facsimile: (504) 341-8115
*Attorneys for Plaintiffs, Lillian Henderson and Woodrow Henderson*

**PLEASE SERVE:**

**LOWE'S HOME CENTERS, L.L.C.**
Through it's registered agent of service:
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, LA 70802

