LCMC - SBO
P.O. Box 733679
Dallas, TX 75373-3679

Ph: (504) 226-0094

**Online at myLCMC HEALTH**

   

Pay Your Bill Online | View Upcoming Appointments | Communicate with Your Healthcare Provider | Request Prescription Renewals

The easiest way to view your statements, make payments, schedule appointments, and more!

09/23/20

**Guarantor Information:**  **Guarantor ID:** 1455784
Lillian J Henderson

https://www.mylcmchealth.org
Activation code:  XP2BJ-8FP53-5QRCG

**Patient Information:**
| | | | |
|---|---|---|---|
| **Patient:** | Henderson, Lillian J | **Admission Date:** | 09/06/20 |
| **Patient Account:** | | **Discharge Date:** | 09/11/20 |

**Location of Service:** West Jefferson Medical Center - Internal Medicine

| Total Charges | Total Payments | Total Adjustments | Patient Responsibility |
|---|---|---|---|
| $23,121.50 | $0.00 | $0.00 | $0.00 |

**Hospital Charges**

| Date | Rev Code | Procedure Code | Description | Qty | Amount |
|---|---|---|---|---|---|
| 09/06/20 | 0637 | 6370001 | HYDROCODONE-ACETAMINOPHEN 5-325 MG TAB (0406-0123-62) | 1 | 3.00 |
| 09/06/20 | 0324 | 32400001 | X-RAY OF CHEST, 1 VIEW, FRONT | 1 | 378.00 |
| 09/06/20 | 0320 | 32000061 | X-RAY OF PELVIS, 1 OR 2 VIEWS | 1 | 437.00 |
| 09/06/20 | 0320 | 32000087 | X-RAY OF HIP WITH PELVIS, 2-3 VIEWS | 1 | 429.00 |
| 09/06/20 | 0351 | 35100002 | CT SCAN HEAD OR BRAIN | 1 | 2,431.00 |
| 09/06/20 | 0637 | 6370001 | OXYCODONE-ACETAMINOPHEN 5-325 MG TAB (0406-0512-62) | 1 | 5.00 |
| 09/06/20 | 0352 | 35200015 | CT SCAN PELVIS | 1 | 2,186.00 |
| 09/06/20 | 0306 | 30600560 | IA DNA SARS-COV-2 COVID-19 AMPLIFIED PROBE TQ | 1 | 275.00 |
| 09/06/20 | 0260 | 26000008 | INJECTION BENEATH SKIN OR INTO MUSCLE FOR THERAPY DIAGNOSIS OR PREVENTION | 1 | 195.00 |
| 09/06/20 | 0450 | 45000508 | ED VISIT, LVL 5 | 1 | 2,137.00 |
| 09/06/20 | 0762 | 76200001 | HOSPITAL OBSERVATION SERVICE | 1 | 90.00 |
| 09/06/20 | 0762 | 76200001 | HOSPITAL OBSERVATION SERVICE | 1 | 90.00 |
| 09/06/20 | 0637 | 6370001 | LISINOPRIL 10 MG TAB (68180-980-01) | 1 | 1.75 |
| 09/06/20 | 0762 | 32000245 | RADIOLOGY DIAGNOSTIC RADIOLOGY – REVENUE CODE 32X | -1 | -90.00 |
| 09/06/20 | 0762 | 35000017 | CT – REVENUE CODE 35X | 1 | 90.00 |
| 09/06/20 | 0637 | 6370001 | MELATONIN 5 MG TAB (50268-53311) | 1 | 1.75 |
| 09/06/20 | 0637 | 6370001 | HYDROCODONE-ACETAMINOPHEN 10-325 MG TAB (60687-418-11) | 1 | 4.00 |



| Date | Rev Code | Procedure Code | Description | Qty | Amount |
|---|---|---|---|---|---|
| 09/06/20 | 0636 | J1644 | HEPARIN (PORCINE) 5,000 UNIT/ML SOLN (63739-953-11) | 5 | 14.25 |
| 09/07/20 | 0761 | 36102007 | ULTRASOUND MEASUREMENT OF BLADDER CAPACITY AFTER VOIDING | 1 | 184.00 |
| 09/07/20 | 0300 | 30000030 | BLOOD DRAW VENIPUNCTURE | 1 | 31.00 |
| 09/07/20 | 0301 | 30100005 | BLOOD TEST, COMPREHENSIVE GROUP OF BLOOD CHEMICALS | 1 | 453.00 |
| 09/07/20 | 0305 | 30500009 | COMPLETE BLOOD CELL COUNT AUTOMATED TEST | 1 | 213.00 |
| 09/07/20 | 0320 | 32000074 | X-RAY OF SHOULDER, MINIMUM OF 2 VIEWS | 1 | 497.00 |
| 09/07/20 | 0424 | 42400003 | EVALUATION OF PHYSICAL THERAPY TYPICALLY 20 MINUTES | 1 | 324.00 |
| 09/07/20 | 0420 | 42000041 | WALKING TRAINING TO 1 OR MORE AREAS, EACH 15 MINUTES | 1 | 155.00 |
| 09/07/20 | 0434 | 43400004 | EVALUATION OF OCCUPATIONAL THERAPY TYPICALLY 45 MINUTES | 1 | 256.00 |
| 09/07/20 | 0762 | 76200001 | HOSPITAL OBSERVATION SERVICE | 24 | 2,160.00 |
| 09/07/20 | 0637 | 6370001 | ASPIRIN 325 MG TAB (66553-001-01) | 1 | 0.25 |
| 09/07/20 | 0637 | 6370001 | PANTOPRAZOLE 40 MG TBEC (66993-068-80) | 1 | 14.50 |
| 09/07/20 | 0637 | 6370001 | LISINOPRIL 5 MG TAB (68084-196-01) | 1 | 3.25 |
| 09/07/20 | 0637 | 6370001 | LISINOPRIL 5 MG TAB (68084-196-01) | 1 | 3.25 |
| 09/07/20 | 0637 | 6370001 | CITALOPRAM 20 MG TAB (0904-6085-61) | 1 | 9.50 |
| 09/07/20 | 0637 | 6370001 | ATORVASTATIN 40 MG TAB (51079-210-01) | 2 | 3.75 |
| 09/07/20 | 0762 | 32000245 | RADIOLOGY DIAGNOSTIC RADIOLOGY – REVENUE CODE 32X | -1 | -90.00 |
| 09/07/20 | 0762 | 42000127 | PHYSICAL THERAPY – REVENUE CODE 42X | -1 | -90.00 |
| 09/07/20 | 0762 | 43000121 | OCCUPATIONAL THERAPY – REVENUE CODE 43X | -1 | -90.00 |
| 09/07/20 | 0637 | 6370001 | MELATONIN 5 MG TAB (50268-53311) | 1 | 1.75 |
| 09/07/20 | 0637 | 6370001 | HYDROCODONE-ACETAMINOPHEN 10-325 MG TAB (0406-0125-62) | 1 | 4.25 |
| 09/07/20 | 0637 | 6370001 | HYDROCODONE-ACETAMINOPHEN 10-325 MG TAB (60687-418-11) | 1 | 4.00 |
| 09/07/20 | 0637 | 6370001 | HYDROCODONE-ACETAMINOPHEN 10-325 MG TAB (60687-418-11) | 1 | 4.00 |
| 09/07/20 | 0636 | J1644 | HEPARIN (PORCINE) 5,000 UNIT/ML SOLN (63739-953-11) | 5 | 14.25 |
| 09/07/20 | 0636 | J1644 | HEPARIN (PORCINE) 5,000 UNIT/ML SOLN (63739 953 11) | 5 | 14.25 |
| 09/07/20 | 0636 | J1644 | HEPARIN (PORCINE) 5,000 UNIT/ML SOLN (63739-953-11) | 5 | 14.25 |
| 09/08/20 | 0430 | 42000047 | SELF-CARE OR HOME MANAGEMENT TRAINING, EACH 15 MINUTES | 2 | 294.00 |
| 09/08/20 | 0300 | 30000030 | BLOOD DRAW VENIPUNCTURE | 1 | 31.00 |
| 09/08/20 | 0301 | 30100002 | BLOOD TEST, BASIC GROUP OF BLOOD CHEMICALS | 1 | 298.00 |
| 09/08/20 | 0420 | 42000041 | WALKING TRAINING TO 1 OR MORE AREAS, EACH 15 MINUTES | 1 | 155.00 |
| 09/08/20 | 0420 | 42000044 | THERAPEUTIC ACTIVITIES TO IMPROVE FUNCTION EACH 15 MINUTES | 1 | 151.00 |
| 09/08/20 | 0762 | 76200001 | HOSPITAL OBSERVATION SERVICE | 24 | 2,160.00 |
| 09/08/20 | 0637 | 6370001 | ASPIRIN 325 MG TAB (66553-001-01) | 1 | 0.25 |
| 09/08/20 | 0637 | 6370001 | PANTOPRAZOLE 40 MG TBEC (66993-068-80) | 1 | 14.50 |
| 09/08/20 | 0637 | 6370001 | LISINOPRIL 5 MG TAB (68084-196-01) | 1 | 3.25 |
| 09/08/20 | 0637 | 6370001 | LISINOPRIL 5 MG TAB (68084-196-01) | 1 | 3.25 |
| 09/08/20 | 0637 | 6370001 | CITALOPRAM 20 MG TAB (0904-6085-61) | 1 | 9.50 |
| 09/08/20 | 0762 | 42000127 | PHYSICAL THERAPY – REVENUE CODE 42X | -1 | -90.00 |
| 09/08/20 | 0762 | 43000121 | OCCUPATIONAL THERAPY – REVENUE CODE 43X | -1 | -90.00 |
| 09/08/20 | 0637 | 6370001 | ATORVASTATIN 40 MG TAB (0904-6292-61) | 2 | 5.00 |
| 09/08/20 | 0637 | 6370001 | MELATONIN 5 MG TAB (50268-53311) | 1 | 1.75 |
| 09/08/20 | 0637 | 6370001 | HYDROCODONE-ACETAMINOPHEN 10-325 MG TAB (60687-418-11) | 1 | 4.00 |
| 09/08/20 | 0637 | 6370001 | HYDROCODONE-ACETAMINOPHEN 10-325 MG TAB (60687-418-11) | 1 | 4.00 |
| 09/08/20 | 0637 | 6370001 | HYDROCODONE-ACETAMINOPHEN 10-325 MG TAB (60687-418-11) | 1 | 4.00 |
| 09/08/20 | 0636 | J1644 | HEPARIN (PORCINE) 5,000 UNIT/ML SOLN (0409-2723-01) | 5 | 8.50 |
| 09/08/20 | 0636 | J1644 | HEPARIN (PORCINE) 5,000 UNIT/ML SOLN (0409-2723-01) | 5 | 8.50 |
| 09/08/20 | 0636 | J1644 | HEPARIN (PORCINE) 5,000 UNIT/ML SOLN (0409-2723-01) | 5 | 8.50 |
| 09/08/20 | 0637 | 6370001 | POLYETHYLENE GLYCOL 17 GRAM PWPK (69784-180-01) | 1 | 6.75 |
| 09/09/20 | 0636 | J1644 | HEPARIN (PORCINE) 5,000 UNIT/ML SOLN (67457-374-12) | 5 | 11.00 |

| Date | Rev Code | Procedure Code | Description | Qty | Amount |
|---|---|---|---|---|---|
| 09/09/20 | 0637 | 6370001 | TRAMADOL 50 MG TAB (51079-991-20) | 1 | 3.00 |
| 09/09/20 | 0430 | 42000047 | SELF-CARE OR HOME MANAGEMENT TRAINING, EACH 15 MINUTES | 1 | 147.00 |
| 09/09/20 | 0637 | 6370001 | HYDROCODONE-ACETAMINOPHEN 10-325 MG TAB (60687-418-11) | 1 | 4.00 |
| 09/09/20 | 0637 | 6370001 | DIAZEPAM 2 MG TAB (51079-284-20) | 1 | 1.00 |
| 09/09/20 | 0637 | 6370001 | MELATONIN 5 MG TAB (50268-53311) | 1 | 1.75 |
| 09/09/20 | 0637 | 6370001 | LISINOPRIL 5 MG TAB (68084-196-01) | 1 | 3.25 |
| 09/09/20 | 0636 | J1644 | HEPARIN (PORCINE) 5,000 UNIT/ML SOLN (67457-374-12) | 5 | 11.00 |
| 09/09/20 | 0300 | 30000030 | BLOOD DRAW VENIPUNCTURE | 1 | 31.00 |
| 09/09/20 | 0301 | 30100002 | BLOOD TEST, BASIC GROUP OF BLOOD CHEMICALS | 1 | 298.00 |
| 09/09/20 | 0420 | 42000041 | WALKING TRAINING TO 1 OR MORE AREAS, EACH 15 MINUTES | 1 | 155.00 |
| 09/09/20 | 0420 | 42000044 | THERAPEUTIC ACTIVITIES TO IMPROVE FUNCTION EACH 15 MINUTES | 1 | 151.00 |
| 09/09/20 | 0762 | 76200001 | HOSPITAL OBSERVATION SERVICE | 24 | 2,160.00 |
| 09/09/20 | 0637 | 6370001 | ASPIRIN 325 MG TAB (66553-001-01) | 1 | 0.25 |
| 09/09/20 | 0637 | 6370001 | PANTOPRAZOLE 40 MG TBEC (66993-068-80) | 1 | 14.50 |
| 09/09/20 | 0637 | 6370001 | LISINOPRIL 5 MG TAB (68084-196-01) | 1 | 3.25 |
| 09/09/20 | 0637 | 6370001 | CITALOPRAM 20 MG TAB (0904-6085-61) | 1 | 9.50 |
| 09/09/20 | 0762 | 42000127 | PHYSICAL THERAPY – REVENUE CODE 42X | -1 | -90.00 |
| 09/09/20 | 0762 | 43000121 | OCCUPATIONAL THERAPY – REVENUE CODE 43X | -1 | -90.00 |
| 09/09/20 | 0637 | 6370001 | ATORVASTATIN 40 MG TAB (51079-210-01) | 2 | 3.75 |
| 09/09/20 | 0637 | 6370001 | HYDROCODONE-ACETAMINOPHEN 10-325 MG TAB (60687-418-11) | 1 | 4.00 |
| 09/09/20 | 0637 | 6370001 | POLYETHYLENE GLYCOL 17 GRAM PWPK (69784-180-01) | 1 | 6.75 |
| 09/09/20 | 0250 | 2500003 | SODIUM POLYSTYRENE SULF-SORBTL 15-20 GRAM/60 ML SUSP (46287-006-60) | 1 | 76.75 |
| 09/09/20 | 0637 | 6370001 | HYDROCODONE-ACETAMINOPHEN 10-325 MG TAB (60687-418-11) | 1 | 4.00 |
| 09/09/20 | 0636 | J1644 | HEPARIN (PORCINE) 5,000 UNIT/ML SOLN (63323-262-55) | 5 | 5.75 |
| 09/09/20 | 0637 | 6370001 | TRAMADOL 50 MG TAB (51079-991-20) | 1 | 3.00 |
| 09/10/20 | 0637 | 6370001 | HYDROCODONE-ACETAMINOPHEN 10-325 MG TAB (60687-418-11) | 1 | 4.00 |
| 09/10/20 | 0300 | 30000030 | BLOOD DRAW VENIPUNCTURE | 1 | 31.00 |
| 09/10/20 | 0301 | 30100002 | BLOOD TEST, BASIC GROUP OF BLOOD CHEMICALS | 1 | 298.00 |
| 09/10/20 | 0636 | J1644 | HEPARIN (PORCINE) 5,000 UNIT/ML SOLN (67457-374-12) | 5 | 11.00 |
| 09/10/20 | 0637 | 6370001 | POLYETHYLENE GLYCOL 17 GRAM PWPK (69784-180-01) | 1 | 6.75 |
| 09/10/20 | 0637 | 6370001 | ASPIRIN 325 MG TAB (66553-001-01) | 1 | 0.25 |
| 09/10/20 | 0637 | 6370001 | PANTOPRAZOLE 40 MG TBEC (66993-068-80) | 1 | 14.50 |
| 09/10/20 | 0637 | 6370001 | CITALOPRAM 20 MG TAB (0904-6085-61) | 1 | 9.50 |
| 09/10/20 | 0637 | 6370001 | TRAMADOL 50 MG TAB (51079-991-20) | 1 | 3.00 |
| 09/10/20 | 0420 | 42000041 | WALKING TRAINING TO 1 OR MORE AREAS, EACH 15 MINUTES | 1 | 155.00 |
| 09/10/20 | 0420 | 42000044 | THERAPEUTIC ACTIVITIES TO IMPROVE FUNCTION EACH 15 MINUTES | 1 | 151.00 |
| 09/10/20 | 0637 | 6370001 | HYDROCODONE-ACETAMINOPHEN 10-325 MG TAB (60687-418-11) | 1 | 4.00 |
| 09/10/20 | 0636 | J1644 | HEPARIN (PORCINE) 5,000 UNIT/ML SOLN (67457-374-12) | 5 | 11.00 |
| 09/10/20 | 0430 | 42000047 | SELF-CARE OR HOME MANAGEMENT TRAINING, EACH 15 MINUTES | 1 | 147.00 |
| 09/10/20 | 0637 | 6370001 | DIAZEPAM 2 MG TAB (51079-284-20) | 1 | 1.00 |
| 09/10/20 | 0637 | 6370001 | MELATONIN 5 MG TAB (50268-53311) | 1 | 1.75 |
| 09/10/20 | 0636 | J1644 | HEPARIN (PORCINE) 5,000 UNIT/ML SOLN (67457-374-12) | 5 | 11.00 |
| 09/10/20 | 0637 | 6370001 | TRAMADOL 50 MG TAB (51079-991-20) | 1 | 3.00 |
| 09/10/20 | 0637 | 6370001 | HYDROCODONE-ACETAMINOPHEN 10-325 MG TAB (60687-418-11) | 1 | 4.00 |
| 09/10/20 | 0762 | 76200001 | HOSPITAL OBSERVATION SERVICE | 24 | 2,160.00 |
| 09/10/20 | 0762 | 42000127 | PHYSICAL THERAPY – REVENUE CODE 42X | -1 | -90.00 |
| 09/10/20 | 0762 | 43000121 | OCCUPATIONAL THERAPY – REVENUE CODE 43X | -1 | -90.00 |
| 09/11/20 | 0636 | J1644 | HEPARIN (PORCINE) 5,000 UNIT/ML SOLN (0409-2723-01) | 5 | 8.50 |
| 09/11/20 | 0637 | 6370001 | HYDROCODONE-ACETAMINOPHEN 10-325 MG TAB (60687-418-11) | 1 | 4.00 |
| 09/11/20 | 0637 | 6370001 | ASPIRIN 325 MG TAB (66553-001-01) | 1 | 0.25 |

| Date | Rev Code | Procedure Code | Description | Qty | Amount |
|---|---|---|---|---|---|
| 09/11/20 | 0637 | 6370001 | PANTOPRAZOLE 40 MG TBEC (66993-068-80) | 1 | 14.50 |
| 09/11/20 | 0637 | 6370001 | CITALOPRAM 20 MG TAB (0904-6085-61) | 1 | 9.50 |
| 09/11/20 | 0637 | 6370001 | TRAMADOL 50 MG TAB (51079-991-20) | 1 | 3.00 |
| 09/11/20 | 0637 | 6370001 | POLYETHYLENE GLYCOL 17 GRAM PWPK (69784-180-01) | 1 | 6.75 |
| 09/11/20 | 0430 | 42000047 | SELF-CARE OR HOME MANAGEMENT TRAINING, EACH 15 MINUTES | 1 | 147.00 |
| 09/11/20 | 0420 | 42000041 | WALKING TRAINING TO 1 OR MORE AREAS, EACH 15 MINUTES | 1 | 155.00 |
| 09/11/20 | 0420 | 42000044 | THERAPEUTIC ACTIVITIES TO IMPROVE FUNCTION EACH 15 MINUTES | 1 | 151.00 |
| 09/11/20 | 0637 | 6370001 | HYDROCODONE-ACETAMINOPHEN 10-325 MG TAB (60687-418-11) | 1 | 4.00 |
| 09/11/20 | 0762 | 76200001 | HOSPITAL OBSERVATION SERVICE | 16 | 1,440.00 |
| 09/11/20 | 0762 | 42000127 | PHYSICAL THERAPY – REVENUE CODE 42X | -1 | -90.00 |
| 09/11/20 | 0762 | 43000121 | OCCUPATIONAL THERAPY – REVENUE CODE 43X | -1 | -90.00 |
| | | | **Total Charges** | | 23,121.50 |

You may qualify for financial assistance, if you do not have insurance, are underinsured, or if it would be a financial hardship to pay all out-of-pocket expenses for services provided by LCMC hospitals and providers. Our Financial Assistance Program provides free or discounted care to patients having difficulty paying their medical bills if eligibility is met. Contact our Financial Counselors at (504) 702-3500 or go to www.umcno.org/financialassistance for more details.



LCMC - SBO
P.O. Box 733679
Dallas, TX 75373-3679

Ph: (504) 226-0094

**Online at myLCMC HEALTH**

   

Pay Your Bill Online | View Upcoming Appointments | Communicate with Your Healthcare Provider | Request Prescription Renewals

The easiest way to view your statements, make payments, schedule appointments, and more!

01/06/21

**Guarantor Information:**
Lillian J Henderson
~~28 HIGHLAND MEADOWS DR~~
~~MARRERO, LA 70072-6410~~

**Guarantor ID:** 1455784

https://www.mylcmchealth.org
Activation code:   **XHFQ3-N38CC-BP87A**

**Patient Information:**
**Patient:**              Henderson,Lillian J
**Patient Account:**  ~~[redacted]~~

**Admission Date:**   10/13/20
**Discharge Date:**   10/13/20

**Location of Service:** West Jefferson Medical Center Women's Imaging and Breast Care Center -

| Total Charges | Total Payments | Total Adjustments | Patient Responsibility |
|---|---|---|---|
| $854.00 | $-100.96 | $-753.04 | $0.00 |

### Hospital Charges

| Date | Rev Code | Procedure Code | Description | Qty | Amount |
|---|---|---|---|---|---|
| 10/13/20 | 0320 | 32000222 | BONE DENSITY MEASUREMENT USING DEDICATED X-RAY MACHINE | 1 | 854.00 |

### Hospital Payments and Adjustments

| Date | Description | Amount |
|---|---|---|
| 12/01/20 | Humana Medicare Payments | -100.96 |
| 12/01/20 | Humana Medicare Adjustments | -753.04 |
|  | **Total Insurance Payments and Adjustments** | **-854.00** |

You may qualify for financial assistance, if you do not have insurance, are underinsured, or if it would be a financial hardship to pay all out-of-pocket expenses for services provided by LCMC hospitals and providers. Our Financial Assistance Program provides free or discounted care to patients having difficulty paying their medical bills if eligibility is met. Contact our Financial Counselors at (504) 702-3500 or go to www.umcno.org/financialassistance **for more details.**



LCMC - SBO
P.O. Box 733679
Dallas, TX 75373-3679

Ph: (504) 226-0094

**Online at myLCMC** HEALTH

   

Pay Your Bill Online | View Upcoming Appointments | Communicate with Your Healthcare Provider | Request Prescription Renewals

The easiest way to view your statements, make payments, schedule appointments, and more!

01/06/21

**Guarantor Information:**
Lillian J Henderson

**Guarantor ID:** 1455784

https://www.mylcmchealth.org
Activation code:   **XHFQ3-N38CC-BP87A**

**Patient Information:**
**Patient:**           Henderson,Lillian J
**Patient Account:**

**Admission Date:**   01/01/21
**Discharge Date:**   01/01/21

**Location of Service:** WJMC Emergency Dept -

| Total Charges | Total Payments | Total Adjustments | Patient Responsibility |
|---|---|---|---|
| $6,722.50 | $0.00 | $0.00 | $0.00 |

### Hospital Charges

| Date | Rev Code | Procedure Code | Description | Qty | Amount |
|---|---|---|---|---|---|
| 01/01/21 | 0301 | 30100191 | POCT BLOOD GLUCOSE (SUGAR) TEST PERFORMED BY HAND-HELD INSTRUMENT | 1 | 22.00 |
| 01/01/21 | 0320 | 32000061 | X-RAY OF PELVIS, 1 OR 2 VIEWS | 1 | 493.00 |
| 01/01/21 | 0320 | 32000074 | X-RAY OF SHOULDER, MINIMUM OF 2 VIEWS | 1 | 561.00 |
| 01/01/21 | 0352 | 35200005 | CT SCAN OF UPPER SPINE | 1 | 2,902.00 |
| 01/01/21 | 0351 | 35100002 | CT SCAN HEAD OR BRAIN | 1 | 2,741.00 |
| 01/01/21 | 0636 | J1100 | DEXAMETHASONE 4 MG/ML SOLN (67457-423-12) | 4 | 3.50 |
| | | | **Total Charges** | | **6,722.50** |

You may qualify for financial assistance, if you do not have insurance, are underinsured, or if it would be a financial hardship to pay all out-of-pocket expenses for services provided by LCMC hospitals and providers. Our Financial Assistance Program provides free or discounted care to patients having difficulty paying their medical bills if eligibility is met. Contact our Financial Counselors at (504) 702-3500 or go to www.umcno.org/financialassistance for more details.

# BONE & JOINT CLINIC

BONE & JOINT CLINIC
BONE & JOINT CLINIC
BELFAST, ME 04915-0001
billing phone: (504) 378-9304

printed 01/06/2021 01:33 PM

| GUARANTOR, NAME AND ADDRESS | PATIENT # | PATIENT NAME |
|---|---|---|
| LILLIAN HENDERSON | 188030 | LILLIAN HENDERSON |
| [redacted] | DOB | HOME TELEPHONE |
| [redacted] | [redacted] | [redacted] |

## Billing Summary

| Claim ID | Procedure | Diagnosis | Date of Service | Post Date | Type | Reason | Plan | Supervising Provider | Ins. 1 | Ins. 2 | Patient |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Claim ID 1048914** | | | | | | | | | | | |
| 1048914 | 27197,LT | S32512A | 09/07/2020 | 09/11/2020 | CHARGE | 27197,LT | HUMANA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | SCOTT HABETZ | $2,000.00 | | |
| 1048914 | 27197,LT | S32512A | 09/07/2020 | 09/23/2020 | PAYMENT | ACH ************0071 | HUMANA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | SCOTT HABETZ | $-126.92 | | |
| 1048914 | 27197,LT | S32512A | 09/07/2020 | 09/23/2020 | ADJUSTMENT | CONTRACTUAL | HUMANA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | SCOTT HABETZ | $-1,873.08 | | |
| | | | | | | | | OUTSTANDING | $0.00 | $0.00 | $0.00 |
| 1048914 | 99223,57 | S32512A, M25512 | 09/07/2020 | 09/11/2020 | CHARGE | 99223,57 | HUMANA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | SCOTT HABETZ | $800.00 | | |
| 1048914 | 99223,57 | S32512A, M25512 | 09/07/2020 | 09/23/2020 | ADJUSTMENT | GLOBAL | HUMANA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | SCOTT HABETZ | $-800.00 | | |
| | | | | | | | | OUTSTANDING | $0.00 | $0.00 | $0.00 |
| 1048914 | 99231,24 | S32512A, M25512 | 09/08/2020 | 09/11/2020 | CHARGE | 99231,24 | HUMANA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | SCOTT HABETZ | $150.00 | | |
| 1048914 | 99231,24 | S32512A, M25512 | 09/08/2020 | 09/23/2020 | PAYMENT | ACH ************0071 | HUMANA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | SCOTT HABETZ | $-38.35 | | |
| 1048914 | 99231,24 | S32512A, M25512 | 09/08/2020 | 09/23/2020 | ADJUSTMENT | CONTRACTUAL | HUMANA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | SCOTT HABETZ | $-111.65 | | |
| 1048914 | 99231,24 | S32512A, M25512 | 09/09/2020 | 09/11/2020 | CHARGE | 99231,24 | HUMANA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | SCOTT HABETZ | $150.00 | | |
| 1048914 | 99231,24 | S32512A, M25512 | 09/09/2020 | 09/23/2020 | PAYMENT | ACH ************0071 | HUMANA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | SCOTT HABETZ | $-38.35 | | |
| 1048914 | 99231,24 | S32512A, M25512 | 09/09/2020 | 09/23/2020 | ADJUSTMENT | CONTRACTUAL | HUMANA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | SCOTT HABETZ | $-111.65 | | |
| | | | | | | | | OUTSTANDING | $0.00 | $0.00 | $0.00 |
| **Claim ID 1053275** | | | | | | | | | | | |
| 1053275 | 99213,25 | S32512A, M25512 | 09/24/2020 | 09/24/2020 | CHARGE | 99213,25 | HUMANA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | SCOTT HABETZ | $215.00 | | |
| 1053275 | 99213,25 | S32512A, M25512 | 09/24/2020 | 09/30/2020 | PAYMENT | ACH ************9683 | HUMANA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | SCOTT HABETZ | $-26.52 | | |
| 1053275 | 99213,25 | S32512A, M25512 | 09/24/2020 | 09/30/2020 | ADJUSTMENT | CONTRACTUAL (169057) | HUMANA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | SCOTT HABETZ | $-143.48 | | |
| 1053275 | 99213,25 | S32512A, M25512 | 09/24/2020 | 09/30/2020 | TRANSFERIN | COPAY | PATIENT | SCOTT HABETZ | $-45.00 | | $45.00 |
| 1053275 | 99213,25 | S32512A, M25512 | 09/24/2020 | 10/21/2020 | PAYMENT | CC ************6322 | PATIENT | SCOTT HABETZ | | | $-45.00 |
| | | | | | | | | OUTSTANDING | $0.00 | $0.00 | $0.00 |
| **Claim ID 1064018** | | | | | | | | | | | |
| 1064018 | 72190 | M25552 | 10/21/2020 | 11/16/2020 | CHARGE | 72190 | HUMANA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | SCOTT HABETZ | $130.00 | | |
| 1064018 | 72190 | M25552 | 10/21/2020 | 12/01/2020 | ADJUSTMENT | CONTRACTUAL (169057) | HUMANA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | SCOTT HABETZ | $-92.22 | | |

| Claim/Line | Code | Modifiers | Service Date | Posted Date | Type | Code/Ref | Payer | Patient | Amount | | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1064018 | 72190 | M25552 | 10/21/2020 | 12/01/2020 | TRANSFERIN | COPAY | | PATIENT | SCOTT HABETZ | $-37.78 | | $37.78 |
| 1064018 | 72190 | M25552 | 10/21/2020 | 12/30/2020 | PAYMENT | CC ************6322 | | PATIENT | SCOTT HABETZ | | | $-37.78 |
| | | | | | | | | | OUTSTANDING | $0.00 | $0.00 | $0.00 |
| 1064018 | 99024 | S32512A, M25512, M25552 | 10/21/2020 | 11/16/2020 | CHARGE | 99024 | HUMANA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | | SCOTT HABETZ | $0.00 | | |
| | | | | | | | | | OUTSTANDING | $0.00 | $0.00 | $0.00 |

**Claim ID 1070234**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1070234 | 97116,GP | M25552, S32512D | 11/06/2020 | 11/09/2020 | CHARGE | 97116,GP | HUMANA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | | SCOTT HABETZ | $85.00 | | |
| 1070234 | 97116,GP | M25552, S32512D | 11/06/2020 | 11/25/2020 | PAYMENT | ACH ************8934 | HUMANA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | | SCOTT HABETZ | $-19.10 | | |
| 1070234 | 97116,GP | M25552, S32512D | 11/06/2020 | 11/25/2020 | ADJUSTMENT | CONTRACTUAL (18298) | HUMANA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | | SCOTT HABETZ | $-65.90 | | |
| | | | | | | | | | OUTSTANDING | $0.00 | $0.00 | $0.00 |
| 1070234 | 97162,GP | M25552, S32512D | 11/06/2020 | 11/09/2020 | CHARGE | 97162,GP | HUMANA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | | SCOTT HABETZ | $135.00 | | |
| 1070234 | 97162,GP | M25552, S32512D | 11/06/2020 | 11/25/2020 | PAYMENT | ACH ************8934 | HUMANA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | | SCOTT HABETZ | $-48.93 | | |
| 1070234 | 97162,GP | M25552, S32512D | 11/06/2020 | 11/25/2020 | ADJUSTMENT | CONTRACTUAL (169057) | HUMANA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | | SCOTT HABETZ | $-66.07 | | |
| 1070234 | 97162,GP | M25552, S32512D | 11/06/2020 | 11/25/2020 | TRANSFERIN | COPAY | | PATIENT | SCOTT HABETZ | $-20.00 | | $20.00 |
| 1070234 | 97162,GP | M25552, S32512D | 11/06/2020 | 12/30/2020 | PAYMENT | CC ************6322 | | PATIENT | SCOTT HABETZ | | | $-20.00 |
| | | | | | | | | | OUTSTANDING | $0.00 | $0.00 | $0.00 |

**Claim ID 1071050**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1071050 | 97110,GP | M25552, S32512D | 11/10/2020 | 11/11/2020 | CHARGE | 97110,GP | HUMANA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | | CONNIE FROST | $288.00 | | |
| 1071050 | 97110,GP | M25552, S32512D | 11/10/2020 | 12/11/2020 | PAYMENT | ACH ************5115 | HUMANA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | | CONNIE FROST | $-43.22 | | |
| 1071050 | 97110,GP | M25552, S32512D | 11/10/2020 | 12/11/2020 | ADJUSTMENT | CONTRACTUAL (18298) | HUMANA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | | CONNIE FROST | $-224.78 | | |
| 1071050 | 97110,GP | M25552, S32512D | 11/10/2020 | 11/11/2020 | TRANSFERIN | COPAY | | PATIENT | CONNIE FROST | $-20.00 | | $20.00 |
| 1071050 | 97110,GP | M25552, S32512D | 11/10/2020 | 11/11/2020 | PAYMENT | UNAPPLIED | | PATIENT | CONNIE FROST | | | $-20.00 |
| | | | | | | | | | OUTSTANDING | $0.00 | $0.00 | $0.00 |

**Claim ID 1074281**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1074281 | 97110,GP | M25552, S32512D | 11/17/2020 | 11/18/2020 | CHARGE | 97110,GP | HUMANA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | | CONNIE FROST | $288.00 | | |
| 1074281 | 97110,GP | M25552, S32512D | 11/17/2020 | 12/02/2020 | PAYMENT | ACH ************0956 | HUMANA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | | CONNIE FROST | $-43.22 | | |
| 1074281 | 97110,GP | M25552, S32512D | 11/17/2020 | 12/02/2020 | ADJUSTMENT | CONTRACTUAL (18298) | HUMANA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | | CONNIE FROST | $-224.78 | | |
| 1074281 | 97110,GP | M25552, S32512D | 11/17/2020 | 11/18/2020 | TRANSFERIN | COPAY | | PATIENT | CONNIE FROST | $-20.00 | | $20.00 |
| 1074281 | 97110,GP | M25552, S32512D | 11/17/2020 | 11/18/2020 | PAYMENT | CC | | PATIENT | CONNIE FROST | | | $-20.00 |
| | | | | | | | | | OUTSTANDING | $0.00 | $0.00 | $0.00 |

**Claim ID 1074238**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1074238 | 72170 | S32512D | 11/18/2020 | 11/18/2020 | CHARGE | 72170 | HUMANA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | | SCOTT HABETZ | $89.00 | | |
| 1074238 | 72170 | S32512D | 11/18/2020 | 11/24/2020 | ADJUSTMENT | CONTRACTUAL (169057) | HUMANA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | | SCOTT HABETZ | $-62.41 | | |
| 1074238 | 72170 | S32512D | 11/18/2020 | 11/24/2020 | TRANSFERIN | COPAY | | PATIENT | SCOTT HABETZ | $-26.59 | | $26.59 |
| 1074238 | 72170 | S32512D | 11/18/2020 | 12/16/2020 | PAYMENT | CC ************6322 | | PATIENT | SCOTT HABETZ | | | $-26.59 |
| | | | | | | | | | OUTSTANDING | $0.00 | $0.00 | $0.00 |

| Claim/Line | Code | Mod | Service Date | Post Date | Type | Ref | Payer | Provider | Amount | Col 2 | Col 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1074238 | 99024 | S32512D | 11/18/2020 | 11/18/2020 | CHARGE | 99024 | HUMANA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | SCOTT HABETZ | $0.00 | | |
| | | | | | | | | OUTSTANDING | $0.00 | $0.00 | $0.00 |
| **Claim ID 1075457** | | | | | | | | | | | |
| 1075457 | 97110,GP | M25552, S32512D | 11/19/2020 | 11/20/2020 | CHARGE | 97110,GP | HUMANA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | CONNIE FROST | $288.00 | | |
| 1075457 | 97110,GP | M25552, S32512D | 11/19/2020 | 11/30/2020 | PAYMENT | NON ************1141 | HUMANA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | CONNIE FROST | $-43.22 | | |
| 1075457 | 97110,GP | M25552, S32512D | 11/19/2020 | 11/30/2020 | ADJUSTMENT | CONTRACTUAL (18298) | HUMANA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | CONNIE FROST | $-224.78 | | |
| 1075457 | 97110,GP | M25552, S32512D | 11/19/2020 | 11/20/2020 | TRANSFERIN | COPAY | PATIENT | CONNIE FROST | $-20.00 | | $20.00 |
| 1075457 | 97110,GP | M25552, S32512D | 11/19/2020 | 11/20/2020 | PAYMENT | CC | PATIENT | CONNIE FROST | | | $-20.00 |
| | | | | | | | | OUTSTANDING | $0.00 | $0.00 | $0.00 |
| **Claim ID 1077299** | | | | | | | | | | | |
| 1077299 | 97110,GP | S32512D, M25552 | 11/24/2020 | 11/25/2020 | CHARGE | 97110,GP | HUMANA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | SCOTT HABETZ | $288.00 | | |
| 1077299 | 97110,GP | S32512D, M25552 | 11/24/2020 | 12/09/2020 | PAYMENT | ACH ************6388 | HUMANA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | SCOTT HABETZ | $-43.22 | | |
| 1077299 | 97110,GP | S32512D, M25552 | 11/24/2020 | 12/09/2020 | ADJUSTMENT | CONTRACTUAL (18298) | HUMANA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | SCOTT HABETZ | $-224.78 | | |
| 1077299 | 97110,GP | S32512D, M25552 | 11/24/2020 | 11/25/2020 | TRANSFERIN | COPAY | PATIENT | SCOTT HABETZ | $-20.00 | | $20.00 |
| 1077299 | 97110,GP | S32512D, M25552 | 11/24/2020 | 11/25/2020 | PAYMENT | CC | PATIENT | SCOTT HABETZ | | | $-20.00 |
| | | | | | | | | OUTSTANDING | $0.00 | $0.00 | $0.00 |
| **Claim ID 1078761** | | | | | | | | | | | |
| 1078761 | 97110,GP,CQ | M25552, S32512D | 12/01/2020 | 12/02/2020 | CHARGE | 97110,GP,CQ | HUMANA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | CONNIE FROST | $288.00 | | |
| 1078761 | 97110,GP,CQ | M25552, S32512D | 12/01/2020 | 12/16/2020 | PAYMENT | ACH ************8216 | HUMANA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | CONNIE FROST | $-43.22 | | |
| 1078761 | 97110,GP,CQ | M25552, S32512D | 12/01/2020 | 12/16/2020 | ADJUSTMENT | CONTRACTUAL (18298) | HUMANA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | CONNIE FROST | $-224.78 | | |
| 1078761 | 97110,GP,CQ | M25552, S32512D | 12/01/2020 | 12/02/2020 | TRANSFERIN | COPAY | PATIENT | CONNIE FROST | $-20.00 | | $20.00 |
| 1078761 | 97110,GP,CQ | M25552, S32512D | 12/01/2020 | 12/02/2020 | PAYMENT | CC | PATIENT | CONNIE FROST | | | $-20.00 |
| | | | | | | | | OUTSTANDING | $0.00 | $0.00 | $0.00 |
| **Claim ID 1080423** | | | | | | | | | | | |
| 1080423 | 97110,GP,CQ | S32512D, M25552 | 12/03/2020 | 12/04/2020 | CHARGE | 97110,GP,CQ | HUMANA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | CONNIE FROST | $384.00 | | |
| 1080423 | 97110,GP,CQ | S32512D, M25552 | 12/03/2020 | 12/16/2020 | PAYMENT | ACH ************2232 | HUMANA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | CONNIE FROST | $-62.45 | | |
| 1080423 | 97110,GP,CQ | S32512D, M25552 | 12/03/2020 | 12/16/2020 | ADJUSTMENT | CONTRACTUAL (18298) | HUMANA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | CONNIE FROST | $-301.55 | | |
| 1080423 | 97110,GP,CQ | S32512D, M25552 | 12/03/2020 | 12/04/2020 | TRANSFERIN | COPAY | PATIENT | CONNIE FROST | $-20.00 | | $20.00 |
| 1080423 | 97110,GP,CQ | S32512D, M25552 | 12/03/2020 | 12/04/2020 | PAYMENT | CC | PATIENT | CONNIE FROST | | | $-20.00 |
| | | | | | | | | OUTSTANDING | $0.00 | $0.00 | $0.00 |
| **Claim ID 1082692** | | | | | | | | | | | |
| 1082692 | 97110,GP | M25552, S32512D | 12/08/2020 | 12/10/2020 | CHARGE | 97110,GP | HUMANA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | CONNIE FROST | $384.00 | | |
| 1082692 | 97110,GP | M25552, S32512D | 12/08/2020 | 12/23/2020 | PAYMENT | ACH ************4640 | HUMANA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | CONNIE FROST | $-62.45 | | |
| 1082692 | 97110,GP | M25552, S32512D | 12/08/2020 | 12/23/2020 | ADJUSTMENT | CONTRACTUAL (18298) | HUMANA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | CONNIE FROST | $-301.55 | | |
| 1082692 | 97110,GP | M25552, S32512D | 12/08/2020 | 12/10/2020 | TRANSFERIN | COPAY | PATIENT | CONNIE FROST | $-20.00 | | $20.00 |
| 1082692 | 97110,GP | M25552, S32512D | 12/08/2020 | 12/10/2020 | PAYMENT | CC | PATIENT | CONNIE FROST | | | $-20.00 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | OUTSTANDING | $0.00 | $0.00 | $0.00 |
| **Claim ID 1085635** | | | | | | | | | | | |
| 1085635 | 20610,LT | M75122, M19012 | 12/16/2020 | 12/16/2020 | CHARGE | 20610,LT | HUMANA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | SCOTT HABETZ | $250.00 | | |
| 1085635 | 20610,LT | M75122, M19012 | 12/16/2020 | 12/22/2020 | PAYMENT | ACH ************4761 | HUMANA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | SCOTT HABETZ | $-60.77 | | |
| 1085635 | 20610,LT | M75122, M19012 | 12/16/2020 | 12/22/2020 | ADJUSTMENT | CONTRACTUAL (169057) | HUMANA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | SCOTT HABETZ | $-189.23 | | |
| | | | | | | | | OUTSTANDING | $0.00 | $0.00 | $0.00 |
| 1085635 | 99213,25 | S32512A, M75122, M19012 | 12/16/2020 | 12/16/2020 | CHARGE | 99213,25 | HUMANA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | SCOTT HABETZ | $215.00 | | |
| 1085635 | 99213,25 | S32512A, M75122, M19012 | 12/16/2020 | 12/22/2020 | PAYMENT | ACH ************4761 | HUMANA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | SCOTT HABETZ | $-26.52 | | |
| 1085635 | 99213,25 | S32512A, M75122, M19012 | 12/16/2020 | 12/22/2020 | ADJUSTMENT | CONTRACTUAL (169057) | HUMANA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | SCOTT HABETZ | $-143.48 | | |
| 1085635 | 99213,25 | S32512A, M75122, M19012 | 12/16/2020 | 12/16/2020 | TRANSFERIN | COPAY | PATIENT | SCOTT HABETZ | $-45.00 | | $45.00 |
| 1085635 | 99213,25 | S32512A, M75122, M19012 | 12/16/2020 | 12/16/2020 | PAYMENT | COPAY CC ************6322 | PATIENT | SCOTT HABETZ | | | $-45.00 |
| | | | | | | | | OUTSTANDING | $0.00 | $0.00 | $0.00 |
| 1085635 | J1040 | M75122, M19012 | 12/16/2020 | 12/16/2020 | CHARGE | J1040 | HUMANA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | SCOTT HABETZ | $20.00 | | |
| 1085635 | J1040 | M75122, M19012 | 12/16/2020 | 12/22/2020 | PAYMENT | ACH ************4761 | HUMANA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | SCOTT HABETZ | $-8.95 | | |
| 1085635 | J1040 | M75122, M19012 | 12/16/2020 | 12/22/2020 | ADJUSTMENT | CONTRACTUAL (169057) | HUMANA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | SCOTT HABETZ | $-8.81 | | |
| 1085635 | J1040 | M75122, M19012 | 12/16/2020 | 12/22/2020 | TRANSFERIN | COINSURANCE | PATIENT | SCOTT HABETZ | $-2.24 | | $2.24 |
| 1085635 | J1040 | M75122, M19012 | 12/16/2020 | 12/30/2020 | PAYMENT | CC ************6322 | PATIENT | SCOTT HABETZ | | | $-2.24 |
| | | | | | | | | OUTSTANDING | $0.00 | $0.00 | $0.00 |
| **Claim ID 1090394** | | | | | | | | | | | |
| 1090394 | 99213 | M75122 | 12/30/2020 | 12/30/2020 | CHARGE | 99213 | HUMANA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | SCOTT HABETZ | $215.00 | | |
| 1090394 | 99213 | M75122 | 12/30/2020 | 01/06/2021 | PAYMENT | ACH ************4469 | HUMANA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | SCOTT HABETZ | $-26.52 | | |
| 1090394 | 99213 | M75122 | 12/30/2020 | 01/06/2021 | ADJUSTMENT | CONTRACTUAL (169057) | HUMANA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | SCOTT HABETZ | $-143.48 | | |
| 1090394 | 99213 | M75122 | 12/30/2020 | 12/30/2020 | TRANSFERIN | COPAY | PATIENT | SCOTT HABETZ | $-45.00 | | $45.00 |
| 1090394 | 99213 | M75122 | 12/30/2020 | 12/30/2020 | PAYMENT | COPAY CC ************6322 | PATIENT | SCOTT HABETZ | | | $-45.00 |
| | | | | | | | | OUTSTANDING | $0.00 | $0.00 | $0.00 |
| | | | | | | | TOTAL CHARGE OUTSTANDING AS OF 01/06/2021 | | $0.00 | $0.00 | $0.00 |